# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

TRAVIS LAVOY JENKINS,  *
                       *
        Petitioner,    *         CIVIL ACTION NO.: 2:19-cv-49
                       *
                       *
v.                     *
                       *
WARDEN DEREK EDGE,     *
                       *
        Respondent.    *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 22. Petitioner Travis Jenkins ("Jenkins") filed Objections. Dkt. No. 23.

Jenkins's Objections are largely unresponsive to the Magistrate Judge's Report and Recommendation. To the extent Jenkins has lodged responsive Objections, he argues staff violated Program Statement 5270.09 by not providing him with a copy of the incident report within 24 hours of its issuance. Id. at p. 2. Because staff did not provide him with this copy within 24 hours' time, Jenkins contends he was under the assumption the Bureau of Prisons ("BOP") had "procedurally defaulted" its prosecution of the charged offense. Id. at p. 3.

AO 72A
(Rev. 8/82)

As the Magistrate Judge observed, even if staff departed from Program Statement 5270.09, Jenkins did not set forth a viable due process violation because a violation of policy is not, in itself, a constitutional violation. Dkt. No. 22, p. 8. Jenkins's assumption that the BOP procedurally defaulted its prosecution because he did not receive a copy of the incident report within 24 hours is immaterial. Instead, the evidence before the Court reveals Jenkins received all due process protections to which he was entitled during the disciplinary proceedings at issue. Id. at pp. 4-9.

Thus, the Court **OVERRULES** Jenkins's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Jenkins's civil rights claims, and **DENIES** Jenkins's Petition, as supplemented. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Jenkins *in forma pauperis* status on appeal.

**SO ORDERED**, this _____ day of _____, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)