UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:22 am, Sep 08, 2020

TRAVIS LAVOY JENKINS,                )
                                     )
vs                                   )      CASE NUMBER   CV219-49
                                     )
UNITED STATES OF AMERICA             )
WARDEN(S) FEDERAL BUREAU OF          )
PRISONS, U.S. ATTORNEY GENREAL,      )

## ORDER

The appeal in the above titled action having been dismissed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit, U. S. Court of Appeals, is made the Order of this Court.

This __4__ day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEROGIA